■ In the Matter of CAROLYN HERRINGTON, Appellant, v AETNA INSURANCE COMPANY, Respondent. [644 NYS2d 992] ■

The Supreme Court erred in holding that the reduction in coverage clause was enforceable (*see, Matter of Paolilli v Aetna Ins. Co.,* 228 AD2d 683 [decided herewith]). Balletta, J. P., O'Brien, Altman and Friedmann, JJ., concur.